US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR - 4 2020
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:20CR 60007-001 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| DANIEL WHITLOCK | ) 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about June 24, 2019, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DANIEL WHITLOCK**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically a Lorcin, model L380, .380 caliber pistol, serial number 517883, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
David A. Harris
Assistant U.S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: david.a.harris@usdoj.gov

1