AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DANIEL WHITLOCK | Case No.   6:20CR60007-001 |
| | USM No.   05167-509 |
| | Jessica Yarbrough |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations   1, 2, 3, 4, 6, 7, 8, 9, 10, 12, 13, 15, 16, 17, and 19   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition # 3:  Use of Controlled Substance | March 11, 2023 |
| Two | Mandatory Condition # 3:  Use of Controlled Substance | May 13, 2023 |
| Three | Mandatory Condition # 3:  Use of Controlled Substance | August 7, 2023 |
| Four | Mandatory Condition # 1: New Law Violation | October 12, 2023 |
| Six | Mandatory Condition # 3:  Use of Controlled Substance | October 5, 2023 |
| Seven | Mandatory Condition # 3:  Use of Controlled Substance | December 27, 2023 |
| Eight | Mandatory Condition # 3:  Use of Controlled Substance | January 29, 2024 |
| Nine | Special Condition # 2:  Failed to Report for Drug Testing | February 21, 2024 |
| Ten | Mandatory Condition # 3:  Use of Controlled Substance | February 12, 2024 |
| Twelve | Special Condition # 2:  Failed to Report for Treatment | February 13, 2024 |
| Thirteen | Mandatory Condition # 3:  Use of Controlled Substance | March 1, 2024 |
| Fifteen | Standard Condition # 9:  Failed to Report Law Enforcement Contact | March 1, 2024 |
| Sixteen | Standard Condition # 5:  Leaving Transitional Living Without Approval | June 3, 2024 |
| Seventeen | Special Conditions # 2 and # 3:  Failed to Report for Testing/Treatment | June 3, 2024 |
| Nineteen | Mandatory Condition # 1:  New Law Violation | December 12, 2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   5, 11, 14 and 18   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2562

Defendant's Year of Birth:   1980

City and State of Defendant's Residence:
Hot Springs, Arkansas

June 24, 2025
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

June 24, 2025
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DANIEL WHITLOCK
CASE NUMBER: 6:20CR60007-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Twenty-four (24) months with credit for time served in federal custody, to be served consecutively to his sentence in Case No. 6:24CR60035-001. There will be no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL